UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

UNITED STATES OF AMERICA
vs.
LUZ-CORONA, BALTAZAR

CRIMINAL COMPLAINT
CASE: 09-33952M

**AMENDED JUDGMENT IN A CRIMINAL CASE (For A Petty Offense) - Short Form**

The Defendant, LUZ-CORONA, BALTAZAR , was represented by counsel, Ruben Esparza (CJA).

The defendant pled guilty to Ct(s) 2 of the complaint on 10/28/2009. Accordingly, Ct(s) 1 of the complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 10/27/2009 |

As pronounced on 10/28/2009, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of FORTY (40) DAYS With Credit For Time Served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 19 U.S.C. § 3013 is hereby remitted pursuant to 19 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Filed and Signed on this Wednesday, October 28, 2009.

Honorable Bernardo Velasco
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 516596VC1